| | |
|---|---|
| TRANSBAY AUTO SERVICE,<br><br>       Plaintiff,<br><br>  v.<br><br>CHEVRON CORP,<br><br>       Defendant.             / | No. C 09-04932 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: May 7, 2010 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is July 30, 2010.

DESIGNATION OF EXPERTS: 8/6/10; REBUTTAL: 8/23/10.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is 9/17/10.

DISPOSITIVE MOTIONS **SHALL** be filed by October 1, 2010;

    Opp. Due October 15, 2010; Reply Due October 22, 2010;

    and set for hearing no later than November 5, 2010 at 9:00 AM.

PRETRIAL CONFERENCE DATE: December 21, 2010 at 3:30 PM.

JURY TRIAL DATE: January 10, 2011 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Mediation will occur by mid April 2010

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                                                      SUSAN ILLSTON
                                                     United States District Judge