1  GLYNN & FINLEY, LLP
   ROBERT C. PHELPS, Bar No. 106666
2  bphelps@glynnfinley.com
   One Walnut Creek Center
3  100 Pringle Avenue, Suite 500
   Walnut Creek, CA 94596
4  Telephone: (925) 210-2800
   Facsimile: (925) 945-1975
5
   Attorneys for Defendant
6  CHEVRON U.S.A. INC.

7

8                UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12  TRANSBAY AUTO SERVICE, INC., a          )   **Case No.** CV 09-4932 SI
    California corporation,                 )
13                                          )   **[PROPOSED] ORDER GRANTING**
                     Plaintiff,             )   **REQUEST FOR APPROVAL OF**
14                                          )   **SUBSTITUTION OF COUNSEL**
          vs.                               )
15                                          )
    CHEVRON CORPORATION, a Delaware         )
16  corporation, CHEVRON U.S.A. INC., a     )
    Delaware corporation, and DOES 1 through)
17  10, Inclusive,                          )
                                            )
18                   Defendant.             )
                                            )
19

20        The Court hereby grants the request of Defendant Chevron U.S.A. Inc. to substitute

21  Robert C. Phelps of Glynn & Finley LLP as attorney of record in place and stead of Robert C.

22  Phelps and Ana N. Damonte of Pillsbury Winthrop Shaw Pittman LLP.

23

24        IT IS SO ORDERED.

25
                              _____
26                            United States District Court Judge Susan Illston

27

28

- 1 -
ORDER GRANTING REQUEST FOR APPROVAL OF SUBSTITUTION OF COUNSEL