**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRANSBAY AUTO SERVICE, INC., a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>CHEVRON CORPORATION, a Delaware corporation; CHEVRON U.S.A. INC., a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case Number: CV09-4932 SI<br><br>**[PROPOSED] ORDER**<br><br>Judge: Hon. Susan Illston<br>Department: "10" |

Having duly considered the Joint Stipulation to Continue the Discovery Cut-Off Date and Expert Discovery Deadlines filed by the parties in the above-entitled matter,

IT IS HEREBY ORDERED that:

1. The Non-Expert Discovery Cut-Off Date is continued to August 27, 2010;
2. Expert Designations and Disclosures are due on or before September 3, 2010;
3. Rebuttal Expert Reports are due on or before September 17, 2010; and
4. The Expert Discovery Cut-Off Date is continued to October 15, 2010.

-2-

1       The Schedule of Trial and all other Pre-Trial Dates to remain the same, pursuant
2 to this Court's Scheduling Order.
3       IT IS SO ORDERED.

Dated: _____     _____
                                                    Hon. Susan Illston
                                                    United States District Court Judge