Thomas P. Bleau, Esq., SBN 152945
Megan A. Childress, Esq., SBN 266926
BLEAU FOX, A P.L.C.
3575 Cahuenga Boulevard West, Suite 580
Los Angeles, California 90068
Telephone:  (323) 874-8613
Facsimile:  (323) 874-1234
Email: bleaushark@aol.com
         mchildress@bleaufox.com

Attorneys for Plaintiff,
Transbay Auto Service, Inc.

GLYNN & FINLEY, LLP
ROBERT C. PHELPS, Bar No. 106666
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975
Email: bphelps@glynnfinley.com

Attorneys for Defendant
Chevron U.S.A. Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSBAY AUTO SERVICE, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CHEVRON CORPORATION, a Delaware corporation; CHEVRON U.S.A. INC., a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case Number: CV09-4932 SI<br><br>**STIPULATION TO CONTINUE THE TRIAL DATE; [PROPOSED] ORDER.**<br><br>**Trial Date:** May 23, 2011<br>**Time:** 8:30 a.m.<br>**Judge:** Hon. Susan Illston<br>**Location:** Courtroom 10, 19th Floor<br>450 Golden Gate Avenue<br>San Francisco, California |

Plaintiff, TRANSBAY AUTO SERVICE, INC. ("Transbay"), and Defendant, CHEVRON U.S.A. INC. ("Chevron"), hereby stipulate and agree as follows:

WHEREAS, on December 13, 2010, this Court continued the trial date in the above-captioned action from January 10, 2011, to May 23, 2011.

WHEREAS, the parties have already filed their pre-trial documents, including their Joint

-1-
**STIPULATION TO CONTINUE TRIAL DATE**

1    Pretrial Conference Statement and respective Motions in Limine.

2           WHEREAS, on Monday April 26, 2011, Transbay learned that one of its experts, Mr.

3    Andrew Junius, has a scheduling conflict with the date currently set for trial, as he is getting

4    married on May 21, 2011, and will be out of the country for his honeymoon until June 6, 2011.

5           WHEREAS, Chevron's expert, Mr. LeFevers of Deloitte, is available for trial the week of

6    June 20, 2011.

7           WHEREAS, Chevron does not oppose Transbay's request for continuance, given the

8    nature of Mr. Junius' scheduling conflict.  However, Chevron wishes to make clear to the Court

9    that its non-opposition to this application is without prejudice to Chevron's substantive contention

10   in its Motion in Limine No. 4 (Dkt. No. 68) that Mr. Junius should not be allowed to testify in any

11   event.  Chevron assumes that the Court will rule on Chevron's objection to Mr. Junius' testimony

12   at the time the Court deems appropriate.

13          THEREFORE, the parties hereto, by and through their attorneys of record, hereby

14   stipulate as follows:

15      1.     The trial may be continued to June 20, 2011.

16      2.     In the event that June 20, 2011 is not available for trial on the Court's calendar, the

17   parties request a telephonic conference with the Court to discuss an alternative trial date.

18

19   Dated: April 21, 2011                         Respectfully submitted
                                                    BLEAU FOX, A P.L.C.
20                                                  By:      /s/ Thomas P. Bleau
21                                                           Thomas P. Bleau, Esq.
                                                             Megan A. Childress, Esq.
22                                                           Attorneys for Plaintiff,
23                                                           Transbay Auto Service, Inc.

24   Dated: April 21, 2011                          GLYNN & FINLEY, LLP
25
                                                    By:      /s/ Robert C. Phelps
26                                                           Robert C. Phelps, Esq.
27                                                           Attorneys for Defendant
                                                             Chevron U.S.A. Inc.
28

---
-1-
**STIPULATION TO CONTINUE TRIAL DATE**

|   |   |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 |   |

The Court having duly considered the Stipulation to Continue the Trial Date, the relevant pleadings and papers on file, and all other matters that may have been presented to this Court, and for good cause shown,

IT IS HEREBY ORDERED that the Trial Date is continued to __June 20_____, 2011.

IT IS SO ORDERED.

Dated: ____5/2/11_____, 2011          _____
                                              The Honorable Susan Illston
                                              United States District Court Judge