IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSBAY AUTO SERVICE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHEVRON CORP.,<br><br>　　　　Defendant.<br>_____/ | No. C 09-04932 SI<br><br>**ORDER TO SHOW CAUSE** |

On Monday, June 6, 2011, Paul Chandler was served with a subpoena to appear at 8:30 a.m. on Monday, June 20, 2011, in order to testify at the trial in this action. *See* Notice by Def. of Service of Trial Subpoena & Proof of Service (Doc. 99). He did not appear. Paul Chandler is hereby ORDERED TO SHOW CAUSE by 8:30 a.m. on Tuesday, June 21, 2011, why he should not be held in civil contempt for failing to appear, by personally appearing in Courtroom 10 on the 19th floor of the Phillip Burton Federal Building located at 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: June 20, 2011

　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge