IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSBAY AUTO SERVICE, INC. | No. C 09-4932 SI |
| Plaintiff, | **ORDER ASSESSING JURY COSTS** |
| v. | |
| CHEVRON CORPORATION, | |
| Defendant. | |

For reasons stated on the record, Defendant is ordered to pay a grand total of $2,946.56 in jury costs incurred by the court in this matter. A breakdown of these costs is provided as Exhibit A to this order. Payment is to be made in full by July 8, 2011, with any check payments payable to "Clerk, United States District Court, Northern District of California.

**IT IS SO ORDERED.**

Dated: June 22, 2011

_____
SUSAN ILLSTON
United States District Judge

COST ASSESSMENT BILL
Transbay Auto Service v Chevron Corp.
No. C 09-4932 SI

| ATTENDANCE DATE | ATTENDANCE | MILEAGE | PARKING | BRIDGE TOLLS | COFFEE SERVICE | TOTAL |
|---|---|---|---|---|---|---|
| June 20, 2011 | $1,240.00 | $914.94 | $225.00 | $77.00 | $45.00 | **$2,501.94** |
| June 21, 2011 | $240.00 | $184.62 | $15.00 | $5.00 |  | **$444.62** |
|  |  |  |  |  |  | ========== |
|  |  |  |  |  |  | **$2,946.56** |

EXHIBIT A