GLYNN & FINLEY, LLP
ROBERT C. PHELPS, Bar No. 106666
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975
Email: bphelps@glynnfinley.com

Attorneys for Defendant
Chevron U.S.A. Inc.

BLEAU/FOX, A P.L.C.
THOMAS P. BLEAU Bar No. 152945
MARTIN FOX Bar No. 155783
MEGAN CHILDRESS Bar No. 266926
3575 Cahuenga boulevard, Suite 580
Los Angeles, CA 90068
Telephone: (323) 874-8613
Facsimile: (323) 874-1234
Email: bleaushark@aol.com

Attorneys for Plaintiff
TRANSBAY AUTO SERVICE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSBAY AUTO SERVICE, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CHEVRON CORPORATION, a Delaware corporation, CHEVRON U.S.A. INC., a Delaware corporation, and DOES 1 through 10, Inclusive,<br><br>Defendants. | **Case No. CV 09-4932 SI**<br><br>**STIPULATION, DECLARATION OF ROBERT C. PHELPS, AND ~~PROPOSED~~ ORDER REGARDING CASE MANAGEMENT CONFERENCE DATE**<br><br>Trial Date:  June 20, 2011<br>Time:         9:00 a.m.<br>Courtroom: 10, 19th Floor<br>Judge:        Hon. Susan Illston |

This matter is currently set for a Case Management Conference on August 5, 2011, at 3:00 p.m.. By this Stipulation and Proposed Order, and for the reasons set forth in the Declaration of Robert C. Phelps, submitted herewith, defendant CHEVRON U.S.A. INC.

- 1 -

STIPULATION, DECLARATION AND PROPOSED ORDER REGARDING CASE MANAGEMENT CONFERENCE

1  ("Chevron") requests that the Case Management Conference be continued (or advanced) to a new
2  date convenient to the Court. Counsel for plaintiff does not object to this request. The parties
3  have inquired of the Court's staff and have been advised that the Court would be able to hear this
4  matter on September 2, 2011, at 3:00 p.m. That date and time is acceptable to both parties,
5  provided telephonic appearances will be accepted.

6  Dated: July 21, 2011

        GLYNN & FINLEY, LLP
7          ROBERT C. PHELPS

8

9          By    /s/ Robert C. Phelps
                      Robert C. Phelps
10

        Attorneys for Defendant
11         Chevron U.S.A. Inc.

12 Dated: July ___, 2011

        BLEAU/FOX A P.L.C.
13         THOMAS P. BLEAU

14

15         By_____

16

        Attorneys for Plaintiff
17         Transbay Auto Service, Inc.

18
19
20
21
22
23
24
25
26
27
28

STIPULATION, DECLARATION AND PROPOSED ORDER REGARDING CASE
MANAGEMENT CONFERENCE

1  ("Chevron") requests that the Case Management Conference be continued (or advanced) to a new
2  date convenient to the Court. Counsel for plaintiff does not object to this request. The parties
3  have inquired of the Court's staff and have been advised that the Court would be able to hear this
4  matter on September 2, 2011, at 3:00 p.m. That date and time is acceptable to both parties,
5  provided telephonic appearances will be accepted.

Dated: July __, 2011

GLYNN & FINLEY, LLP
ROBERT C. PHELPS

By_____
     Robert C. Phelps

Attorneys for Defendant
Chevron U.S.A. Inc.

Dated: July 21, 2011

BLEAU/FOX A P.L.C.
THOMAS P. BLEAU
SAMUEL T. REES

By_____
     Samuel T. Rees

Attorneys for Plaintiff
Transbay Auto Service, Inc.

STIPULATION, DECLARATION AND PROPOSED ORDER REGARDING CASE
MANAGEMENT CONFERENCE

DECLARATION OF ROBERT C. PHELPS

I, ROBERT C. PHELPS, hereby state under penalty of perjury as follows:

1. I am an attorney licensed to practice before this Court and all courts of the State of California. I am associated with the law firm of Glynn & Finley LLP, counsel for Defendant Chevron U.S.A. Inc. ("Chevron") in this matter. I have personal knowledge of the matters set forth herein and submit this declaration in support of Chevron's request to change the date set for the further Case Management Conference in this matter.

2. The Court will recall that this Case Management Conference was set following the mistrial caused by my medical emergency, incapacitation and emergency abdominal surgery on June 20-21, 2011. I was hospitalized and on heavy medication until late in the day on June 23, 2011. I understand that the Court set this hearing date on June 22, 2011, while I was still hospitalized.

3. I have handled all aspects of this case personally since its inception, with the sole exception of the hearings held while I was hospitalized. I conducted all written discovery, took and defended all depositions, wrote and argued all motions, and attended all hearings and conferences in this case (including all settlement conferences) as Chevron's counsel.

4. When the Court set the Case Management Conference for August 5, 2011, counsel who represented Chevron in my absence was unaware of my schedule for early August, 2011.

5. My daughter is entering the Freshman class at Bard College in Annandale-On-Hudson, NY, in August. She is required to be on-campus by August 7, 2011. Her classes start on August 8, 2011 (*see* "Summer 2011" academic calendar at: http://www.bard.edu/academics/calendar/).

6. I have long planned to take her to Bard to get her settled in for her first year of school. I have non-refundable airline tickets to take my daughter to college, leaving SFO on August 5, 2011, at 7:06, a.m., on United Flight 620, to New York City. Because of the logistics

STIPULATION, DECLARATION AND PROPOSED ORDER REGARDING CASE MANAGEMENT CONFERENCE

1 of getting to Annandale-On-Hudson, NY, in time for my daughter's dorm check-in deadline, it is
2 impractical for us to leave for New York later than the morning of August 5, 2011.

3     7. On July 18, 2011, I met with Dr. Matthew Dixon, M.D., the surgeon at Kaiser
4 Permanente in Oakland, CA, who did my surgery on June 21, 2011. At that meeting, Dr. Dixon
5 cleared me to travel with my daughter to New York City.

6     8. When I realized that the Case Management Conference conflicted with my
7 daughter's college start date, I advised Transbay's counsel, Mr. Rees, of the conflict. Mr. Rees
8 indicated that he did not object to changing the date of the Case Management Conference.

9     I declare under penalty of perjury under the laws of the State of California that the
10 foregoing is true and correct. Executed this 21st day of July, 2011, in Walnut Creek, California.

12                                                     /s/ Robert C. Phelps
                                                    Robert C. Phelps

- 4 -
STIPULATION, DECLARATION AND PROPOSED ORDER REGARDING CASE
MANAGEMENT CONFERENCE

1  [PROPOSED] ORDER

2    Based upon the parties' stipulation and for the reasons set forth in the Declaration of

3  Robert C. Phelps, the Case Management Conference in this matter, currently set for August 5,

4  2011, is hereby rescheduled to ____9/2____, 2011, at ___3 p___.m.

5    IT IS SO ORDERED.

6  Dated: July 21, 2011.

                                    _____
                                    Hon. Susan Illston
                                    U.S. District Judge

---
- 5 -
STIPULATION, DECLARATION AND PROPOSED ORDER REGARDING CASE MANAGEMENT CONFERENCE