1

2

3

4

5                     IN THE UNITED STATES DISTRICT COURT

6                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    TRANSBAY AUTO SERVICE,                    No. C 09-04932 SI

9              Plaintiff,                      **SPECIAL VERDICT FORM**

10     v.

11   CHEVRON CORP,

12             Defendant.
     _____/

13

14        We the jury unanimously find as follows on the questions submitted to us:

15

16   **Question No. 1:**  Did defendant Chevron U.S.A. Inc. prove, by a preponderance of the evidence and

17   in accordance with the instructions given to you, that its offer to sell its interest in the service station

18   premises at 301 Claremont Boulevard to plaintiff Transbay Auto Service, Inc. was a bona fide offer?

19        Yes _____              No _____

20

21   If your answer to Question No. 1 was "Yes," please skip all other questions and date, sign and return
     this Special Verdict Form.  Otherwise, please answer Question No. 2.

22

23   **Question No. 2:**  Did plaintiff Transbay Auto Service, Inc. prove, by a preponderance of the evidence

24   and in accordance with the instructions given to you, that it was damaged by defendant Chevron U.S.A.,

     Inc.'s failure to make a bona fide offer?

25        Yes _____              No _____

26

27   If your answer to Question No. 2 was "No," please skip the next question, and date, sign and return this
     Special Verdict Form.  Otherwise, please answer Question No. 3.

28

**United States District Court**
For the Northern District of California

**Question No. 3:**   In what amount, if any, was plaintiff Transbay Auto Service, Inc. damaged

        $_____

Please date, sign and return this Special Verdict Form.

Dated: _____

                                                    _____
                                                    FOREPERSON

United States District Court
For the Northern District of California