**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRANSBAY AUTO SERVICE,                           No. C 09-04932 SI

       Plaintiff,                                        **SPECIAL VERDICT FORM**

  v.

CHEVRON CORP,

       Defendant.
                                               /

We the jury unanimously find as follows on the questions submitted to us:

**Question No. 1:**   Did defendant Chevron U.S.A. Inc. prove, by a preponderance of the evidence and in accordance with the instructions given to you, that its offer to sell its interest in the service station premises at 301 Claremont Boulevard to plaintiff Transbay Auto Service, Inc. was a bona fide offer?

    Yes _____                              No _____

If your answer to Question No. 1 was "Yes," please skip all other questions and date, sign and return this Special Verdict Form. Otherwise, please answer Question No. 2.

**Question No. 2:**   Did plaintiff Transbay Auto Service, Inc. prove, by a preponderance of the evidence and in accordance with the instructions given to you, that it was damaged by defendant Chevron U.S.A., Inc.'s failure to make a bona fide offer?

    Yes _____                              No _____

If your answer to Question No. 2 was "No," please skip the next question, and date, sign and return this Special Verdict Form. Otherwise, please answer Question No. 3.

**Question No. 3:**   In what amount, if any, was plaintiff Transbay Auto Service, Inc. damaged


   $_____


Please date, sign and return this Special Verdict Form.


Dated: _____

                                                              _____
                                                              FOREPERSON