UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSBAY AUTO SERVICE, INC., | Case No. 3:09-cv-04932 SI |
| Plaintiff, | [~~PROPOSED~~] **CORRECTED AND CONSOLIDATED FINAL JUDGMENT** |
| vs. | |
| CHEVRON U.S.A. INC., | |
| Defendants | |

This action came on for trial before the Honorable Susan Illston, United States District Judge presiding. The issues to be tried to a jury having been so tried and resulting in a special verdict rendered on September 11, 2012 [DKT 131] and the issues to be tried to the Court having been determined by Order Granting in Part and Denying in Part Plaintiff's Motion for Attorneys' Fees and Costs, Exemplary Damages, and Pre-Judgment Interest rendered on March 6, 2013 [DKT 165],

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff Transbay Auto Service, Inc. recover from Defendant Chevron U.S.A. Inc. the amount of Seven Hundred Eighty-One Thousand Eight Hundred Thirty-Two Dollars and Seventy-Five Cents ($781,832.75), which sum includes Four Hundred Ninety-Five Thousand Dollars ($495,000.00) in actual damages, Two Hundred Forty-Three Thousand Eight Hundred and Sixty-One Dollars and Seventy-Five Cents ($243,861.75) in reasonable attorneys' fees, Thirty-Seven Thousand Six Hundred Eighty-Three Dollars and Eleven Cents ($37,683.11) in reasonable costs and expert fees

///

/

inclusive of those contained in Plaintiff's Bill of Costs [DKT 139] and Five Thousand Two Hundred Eighty-Seven Dollars and Eighty-Nine Cents ($5,287.89) for prejudgment interest at the rate of .19%.

**IT IS SO ORDERED.**

Dated: January 17, 2014

_____
SUSAN ILLSTON
United States District Judge

APPROVED AS TO FORM:

BLEAU FOX
A Professional Law Corporation

By /s/ Samuel T. Rees
    SAMUEL T. REES

Attorneys for Plaintiff Transbay Auto Service, Inc.

GLYNN & FINLEY, LLP

By /s/ Robert C. Phelps
    ROBERT C. PHELPS

Attorneys for Defendant Chevron U.S.A. Inc.